### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| SHAWNELIAS BURGESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.  3:10-00036 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| CHASE BANK USA, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the ___ day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge